NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1124

BAKER HUGHES, INCORPORATED
and BAKER PETROLITE CORPORATION,

Plaintiffs-Appellees,

v.

NALCO COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District of Texas in case no. 09-CV-1885, Judge Kenneth M. Hoyt.

ON MOTION

Before SCHALL, Circuit Judge.

## O R D E R

Nalco Company submits a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the Southern District of Texas on December 11, 2009. Nalco also moves to expedite the briefing schedule.

Concerning the motion to expedite the briefing schedule, Nalco may of course self-expedite the case by filing its briefs early. Nalco has not shown that the time for the appellees to file their brief should be shortened.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Baker Hughes, Incorporated et al.'s response to the motion for a stay is due December 23, 2009.

(2)    The preliminary injunction is temporarily stayed, pending this court's receipt of the response and the court's consideration of the papers submitted.

(3)    The motion to expedite the briefing schedule is denied.

FOR THE COURT

DEC 1 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Michael J. Abernathy, Esq.
       John H. Barr, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 6 2009

JAN HORBALY
CLERK

2010-1124          2